IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CORTEZ EDWARD SPEED,** | : |
| Petitioner, | : |
| vs. | :    CA 22-0296-KD-MU |
| **WARDEN BUTLER,** | : |
| Respondent. | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 3, 2022 (doc. 2) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **TRANSFERRED** to the United States District Court for the Northern District of Alabama, Southern Division.

**DONE** this 25th day of August 2022.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**